UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JASON STRYCHALSKI., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. 3:20-CV-972-TLS-MGG |

## REPORT AND RECOMMENDATION

On September 3, 2021, the Court remanded this matter for further administrative proceedings. [DE 19]. On September 29, 2021, Plaintiff filed his Unopposed Motion for an Award of Attorney Fees under EAJA seeking an order granting Plaintiff $7,599.20 for attorney fees. However, Plaintiff simultaneously filed a Bill of Costs for $420.22 [DE 22], which has already been taxed by the Clerk [DE 24]. The undersigned now issues this Report and Recommendation on a referral dated December 2, 2020. [DE 7].

While the Commissioner has not objected to the $7,599.20 EAJA award sought by Plaintiff, Plaintiff's motion is extremely brief and provides no discussion of the requirements for EAJA fees under 28 U.S.C. § 2412(d)(1) or any documentation to support the award amount. Moreover, Plaintiff confuses matters by stating in his Motion that "[t]his award will settle all claims for attorney fees, expenses, and costs for EAJA under this suit" but also filing a separate Bill of Costs. [DE 19 at 1]. Without more explanation, the Court cannot confirm that the Section 2412(d)(1) requirements have

been satisfied here or that the requested $7,599.20 award includes or does not include the costs already taxed by the Clerk.

Therefore, the undersigned **RECOMMENDS** that the Court **DENY WITHOUT PREJUDICE** Plaintiff's Unopposed Motion [DE 21] and **AFFORD** Plaintiff an additional 14 days to renew his motion addressing the concerns discussed above.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED** this 3rd day of December 2021.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge