UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JASON STRYCHALSKI,<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting Commissioner<br>of the Social Security Administration,<br><br>                    Defendant. | CAUSE NO.: 3:20-CV-972-TLS-MGG |

**ORDER**

This matter is before the Court on a Report and Recommendation [ECF No. 25], filed by Magistrate Judge Michael G. Gotsch, Sr. on December 3, 2021. The matter was referred to Judge Gotsch for a Report and Recommendation on all issues, including attorney fees. *See* Order, ECF No. 7.

On September 3, 2021, this matter was reversed and remanded for further administrative proceedings on the parties' agreed motion. Order, ECF No. 19. On September 29, 2021, the Plaintiff filed an Unopposed Motion for an Award of Attorney Fees Under EAJA [ECF No. 21] in which he requested an unopposed award of $7,599.20 under the Equal Access to Justice Act (EAJA) to "settle all claims for attorney fees, expenses, and costs for EAJA under this suit." However, the Plaintiff also filed a Bill of Costs [ECF No. 22] on September 29, 2021, which were taxed by the Clerk of Court on October 15, 2021, in the amount of $420.22 [ECF No. 24].

In the Report and Recommendation, Judge Gotsch recommends that the Court deny without prejudice the Plaintiff's motion and grant the Plaintiff an additional fourteen days to renew his motion to show that the requirements under 28 U.S.C. § 2412(d)(1) have been met as well as to address concerns about overlap between the request for "costs" in the motion and the

bill of costs. On December 11, 2021, the Plaintiff filed a Brief in Support of Plaintiff's Unopposed Motion for Attorney Fees Under EAJA [ECF No. 26], providing documentation and argument to support the § 2412(d)(1) requirements and showing that the request for $7,599.20 is for attorney fees only.

The Court's review of a Magistrate Judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(C), which provides as follows:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

28 U.S.C. § 636(b)(1)(C); *see also* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."). Portions of a recommendation to which no party objects are reviewed for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Judge Gotsch gave the parties notice that they had fourteen days to file objections to the Report and Recommendation. As of the date of this Order, neither party has filed an objection, and the time to do so has passed. The Court has reviewed the Report and Recommendation and finds that the proposal to give the Plaintiff an opportunity for additional briefing is well taken. The Court further finds that the Plaintiff's Brief [ECF No. 26] satisfies the concerns addressed in the Report and Recommendation such that a renewed motion is not required, and the Court grants the Plaintiff's Unopposed Motion for an Award of Attorney Fees Under EAJA in the amount of $7,599.20.

Therefore, the Court ACCEPTS in part and MODIFIES in part the Report and Recommendation [ECF No. 25]. The Court GRANTS the Unopposed Motion for an Award of Attorney Fees Under EAJA [ECF No. 21], and awards the Plaintiff $7,599.20 in attorney fees under the EAJA. Costs have already been taxed. If the Commissioner can verify that the Plaintiff owes no pre-existing debt subject to federal offset, the award will be made payable to the Plaintiff's attorney pursuant to the EAJA assignment signed by the Plaintiff and her attorney.

SO ORDERED on January 3, 2022.

                    s/ Theresa L. Springmann
                    JUDGE THERESA L. SPRINGMANN
                    UNITED STATES DISTRICT COURT